# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No. 6: 21-1359**


**JONATHAN J. MUNAFO**                          AUSA: Jen Harrington
                                                Defense Atty.: Erin Hyde

| U.S. MAGISTRATE JUDGE | Thomas B. Smith<br>Courtroom 6D | | April 26, 2021<br>2:08-2:20 = 12 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER | | PTS/PROB. | Ebonie Henderson |

## CLERK'S MINUTES
## INITIAL APPEARANCE RULE 5C COMPLAINT
### DFT TAKEN INTO FEDERAL CUSTODY 4/23/21


Case called, appearances made, procedural setting by Court
Dft sworn and testifies
Dft is a U.S. citizen
Gov summarizes charges/penalties
Dft advised of his rights
Dft requests appointment of counsel/Court appoints FPD
Dft advised of his right to identity and preliminary hearings
Gov seeks detention
Dft requests PE hearing in this district
Gov requests 14 days extension for PE hearing
Dft objects to 2 week time period
Courts sets PE hearing for 4/30 at 10:30 a.m.
Court directs Gov to file a motion if they are not able to have an agent present for hearing on 4/30/21/He will rule on the motion
Dft advised of rule 20 transfer
Court adjourned