# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6: 21-1359

**JONATHAN J. MUNAFO**  AUSA: Jen Harrington
Defense Atty.: Erin Hyde

| U.S. MAGISTRATE JUDGE | Thomas B. Smith Courtroom 6D | | April 30, 2021 10:32-10:41 = 09 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER | | PTS/PROB. | Ebonie Henderson |

## CLERK'S MINUTES
## INITIAL APPEARANCE RULE 5c INDICTMENT

Case called, appearances made, procedural setting by Court
Court recognizes dft present in court
Dft sworn and testifies
Court direct of dft/dft answers
Dft advised of indictment sworn in the District of Columbia
Gov summarizes penalties
Dft reserves detention and identity hearing to be held in D.C.
Dft advised of rule 20 transfer
Parties advised of Due Process Protections Act
Gov addresses order of removal to charging district since dft has 2 criminal cases in different jurisdictions
Dft does not have anything to offer on this issue
Court to issue an order of removal
Court adjourned